FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANIE SALAZAR, an individual, | Case No. 2:11-cv-00814-JCM-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| KBA MORTGAGE, LLC, a Delaware Limited Liability Company; DOES I through X; and ROE Corporations I through X, inclusive, | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED between Plaintiff, Janie Salazar, by and through her counsel of record, and Defendant, KBA Mortgage, LLC ("KBA"), by and through their counsel of record, that:

    1.    The parties have reached a mutual agreement and have settled their disputes related to this action.

    2.    As a result of the parties' mutual agreement, Plaintiff Janie Salazar has released all claims against Defendant and both parties agree that this matter shall be

LasVegas 91713.1

- 1 -

dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 23rd day of December, 2011    DATED this 2nd day of _____ 201_, ~~2011~~

FISHER & PHILLIPS LLP

By _____
Mark J. Ricciardi, Esq.
Whit J. Selert, Esq.
3800 Howard Hughes Parkway
Suite 950
Las Vegas, Nevada 89169

Attorneys for Defendant
KBA Mortgage, LLC

GABROY LAW OFFICES

By _____
Christian Gabroy, Esq.
The District at Green Valley Ranch
170 S. Green Valley Parkway
Suite 280
Henderson, Nevada 89012

Attorney for Plaintiff Janie Salazar

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: January 11, 2012

LasVegas 91713.1

- 2 -